```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

JUDY LITTLE,

    Plaintiff,

v.                       CIVIL ACTION NO. 1:17-03931

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

    Defendant.

## JUDGMENT ORDER

For reasons expressed in the Memorandum Opinion and Order filed today, defendant's Motion to Compel Arbitration and Stay Proceeding pursuant to the Federal Arbitration Act is hereby **GRANTED** and plaintiff's action is **DISMISSED** without prejudice.

The Clerk is **DIRECTED** to forward a certified copy of this Judgment Order to counsel of record.

**IT IS SO ORDERED** this 19th day of January, 2018.

                                          ENTER:

                                          David A. Faber
                                          Senior United States District Judge